**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** June 13, 2022 |
| **USA v. Matthew C. Riser** | **Case Number:** 22-04199MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Wayne Venhuizen for Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
☒ Citations Filed    **Date of Arrest:** June 11, 2022
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Daniel Benjamin Kaiser, CJA, on behalf the defendant.
☒ Defendant states true name to be MATTHEW CHRISTOPHER RISER.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted  ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Hearing** set for Thursday, June 16, 2022 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                    **IA**    **10 min**
**Deputy Clerk** Christina Davison

                                                                             **Start:  10:36 am**
                                                                             **Stop:   10:46 am**